UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

REBECCA BORTOLUS,
                    Plaintiff,

-vs-                                              Case No.  6:07-cv-1864-Orl-18GJK

MAGICAL CRUISE COMPANY, LIMITED,
NAIROK WATERSPORTS COMPANY, LTD.,
                    Defendants.

_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Court Ordered Service of Process, or in the Alternative, Motion for Extension of Time to Serve Defendant, Nairok Water Sports Company, Limited (Doc. 16).  The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

ORDERED that the report and recommendation of the magistrate judge is hereby APPROVED.  Plaintiff's Motion is DENIED; and Plaintiff may renew the Motion to allow service pursuant to Rule 4(f)(3), in the event a good faith effort to obtain the address of Nairok and perfect service on it in accordance with the Hague Convention is made, but which proves unsuccessful.

It is SO ORDERED in Orlando, Florida, this _____ day of June, 2008.

                                        _____
                                        G. KENDALL SHARP
                                        Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge